| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>SHABAZ, JOHN C | 2. Court or Organization<br><br>U.S. District Court, W.D. Wis. | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>P.O. BOX 591<br>MADISON, WI 53701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | For benefit of others VII: entries 7, 11, 12, 15, 16 |
| 2. Co-Trustee | Trust VII, entry 1, Attachment 1 |
| 3. Co-Trustee | Irrevocable Trust VII, entry 10, Attachment 3 |
| 4. Co-Trustee | Qualified personal residence trust |
| 5. Co-Trustee | Qualified personal residence trust |
| 6. Member | Eastside Lutheran Church, Madison WI, treasurer serving on coordinating council. Having no responsibility for fund raising or investments |
| 7. Member | Madison Club, Madison WI, social club, member |
| 8. Member | Cherokee Association, Madison WI, a residential association, member. |
| 9. Member | Cherokee CC, Madison WI, athletic social club, member |
| 10. Member | Princeton Club, Madison, WI, member |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 16 P 1:0 RECEIVED

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Stipulation dated 1/3/1985 in which Wisconsin Retirement System benefits have been irrevocably assigned to another (VII 4) (alimony) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHABAZ, JOHN C | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ██████ | cash | J |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust | | Interest Div | | T | Attachment 1 | | | | |
| 2. Government Life Ins. (VA) | A | Interest | J | T | | | | | |
| 3. Federated Utility Fund, Inc. IRA | B | Dividend Int | K | T | | 12/31 | J | | Required IRA Distr for 2004 |
| 4. Wisconsin Retirement System | D | Pension | K | T | | | | | (Part II, 1) |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Wisconsin ST GO SER D 1990 BDS, Higher Education Service | A | Interest | K | T | | | | | |
| 7. Bank Mutual Corp. | A | Dividend | J | T | | | | | (Part I, 1) |
| 8. Robert W. Baird & Co. TT FBO Aggregate Pension PFT | | Interest Div | | T | Attachment 2 | 12/31 | J | | Required 401K Distr for 2004 |
| 9. Spectrum Signal | A | Dividend | J | T | | | | | |
| 10. Irrevocable Trust | | Interest Div | | T | Attachment 3 | | | | (Part I, 2) |
| 11. Massachusetts Investment Trust, | A | Interest Div | J | T | | | | | (Part I, 1) |
| 12. Massachusetts Investment Trust, | A | Interest Div | J | T | | | | | (Part I, 1) |
| 13. Pepsico | B | Dividend | K | T | | | | | |
| 14. Great Midwest Bank, Brookfield, WI | A | Interest | J | T | | | | | Checking account |
| 15. New Economy Fund | A | Interest Div | J | T | | | | | (Part I,1) |
| 16. New Economy Fund | A | Interest Div | J | T | | | | | (Part I, 1) |
| 17. Bank One, Madison, WI | A | Interest | J | | | | | | Checking account |
| 18. M&I Bank, Madison, WI | A | Interest | J | | | | | | Savings account |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

SHABAZ, JOHN C
Date of Report: 5/10/2005

ATTACHMENT 1 (PART VII, ITEM 1)
TRUST

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Government Securities | A | J |
| Citigroup Capital VIII | C | L |
| CORTS TR II Bell South 7% | C | L |
| Abbey National PLC 7.25% - 7.375% | D | M |

The following purchases took place during the year 2004 and are assets in said trust as of 12/31/04:

| | DATE | SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|---|---|
| Bought: | | | | |
| | 10/07/04 | Firserv Inc. | A | K |
| | 12/29/04 | Saturns Goldman Sachs | A | J |
| Sold: | | | | |
| | 10/07/04 | Oracle Corp. | A | K |

ATTACHMENT 2 (PART VII, ITEM 8)

Robert W. Baird Self-Directed Pension/Profit Plan and Trust
Robert W. Baird & Co., Inc., Trustee, FBO John C. Shabaz
Keogh Profit Sharing, ██████████ Milwaukee, Wisconsin, ███████

The undersigned, pursuant to appropriate resolution, has previously designated Robert W. Baird & Co., Inc. as trustee of his retirement plan; that all assets of the plan should be invested through an account with Robert W. Baird & Co., Inc. and said company is authorized and directed to perform any and all acts determined in its discretion to be necessary or appropriate to accomplish the intent of the foregoing resolution.

Holdings in said plan as of December 31, 2004 are as follows:

| SECURITY | INCOME | MARKET VALUE |
|---|---|---|
| Exchange Natl Bk CD 0.000 01/06/06 Chicago IL | C | K |
| Exchange Natl Bk CD 0.000 02/07/06 Chicago IL | C | L |
| Lasalle Natl Bank Zero CPN CD 10/31/08 | C | L |
| Green Tree Finl Corp. Due 02/01/30 | C | L |
| US Bank | A | L |

Common Stock as follows:

| | | |
|---|---|---|
| General Electric Co. | A | K |
| Johnson & Johnson | A | K |
| Kohl's Corp. | A | K |
| Cisco Systems Inc. | A | L |
| Oracle Corp. | A | J |
| Pfizer Incorporated | A | K |
| Amgen | A | K |
| Citigroup Preferred | B | K |
| Bell South Cap. | B | K |
| Merrill Lynch PFD CAP TR | B | K |
| U.S. Bank | A | J |
| Abbey National PLC | ___ | L |
| Cash | A | J |

The following transactions took place during the year 2004:

| DATE | SECURITY | AMOUNT |
|---|---|---|
| **Bought:** | | |
| 03/09/04 | Abbey National PLC 7.25% - 7.375% | L |
| 04/12/04 | Merrill Lynch PFD CAP 7.28% | K |
| 12/29/04 | Saturns Goldman Sachs | K |

| DATE | SECURITY | AMOUNT |
|---|---|---|
| **Sold:** | | |
| 03/04/04 | LaSalle Natl Bank CD Zero Cpn | L |
| 10/14/04 | Citigroup, Inc. | K |

ATTACHMENT 3 (PART VII, ITEM 10)
Irrevocable Trust

|  | INCOME | VALUE |
|---|---|---|
| Money Mkt & Cash Account,<br>US Bank | A | K |
| GNMA Pool #305552 8.75% 5/15/11 | A | J |
| GNMA Pool #316399 9.25% 8/15/02 | A | J |
| Maricopa County AZ Revenue Bond | B | K |
| Prairie du Chien Wis<br>Redev Auth Redev Lease | B | K |
| IL DEV FIN ATH RV PRVENA<br>HLTH SR A RFDG MBIA B/E<br>due 05/15/23 | B | K |
| WISCONSIN ST HLTH & EDL<br>FACS AUTH RV AMBAC UTD<br>due 12/15/27 | C | L |
| Federal Nat'l Mortgage Assoc. | B | J |
| Merrill Lynch PFD CAP 7.28% | __ | K |

Common Stock as follows:

| | INCOME | VALUE |
|---|---|---|
| Harley Davidson, Inc. | B | L |
| Hewlett-Packard | A | J |
| Intel Corp. | B | K |
| Microsoft | A | K |
| Midwest Express Holdings | A | J |
| Time Warner Inc. | A | J |
| Tyco | A | J |
| Agilent | A | J |

The following transactions took place during the year 2004:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Bought: | | | |
| | 12/29/04 | Saturns Goldman Sachs | K |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

☐
1.  Northwestern Mutual Life Insurance policies.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | SHABAZ, JOHN C | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

Date___May 10, 2005_____

NOTE: A̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544